FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:19cr444-ALB-SRW |
| | ) [18 U.S.C. § 2113(b)] |
| ELLEN CANTERBURY | ) |
| | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1
(Bank Robbery and incidental crimes)

From in or about January 2013 and continuing until in or about March 2016, in Dale County, within the Middle District of Alabama, the defendant,

ELLEN CANTERBURY,

did take and carry away with intent to steal and purloin approximately $11,570.00 of currency, a value exceeding $1,000.00, belonging to and in the care, custody, control, management and possession of Community Bank & Trust, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, to wit: she made unauthorized ATM withdrawals on the Metal Trades Council Wiregrass Trades union's account, for personal use, in violation of Title 18, United States Code, Section 2113(b).

## FORFEITURE ALLEGATION

A. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

B. Upon conviction of the offenses in violation of Title 18, United States Code, Section 2113(b), set forth in Count 1 of this Indictment, the defendant,

ELLEN CANTERBURY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States, Code, Section 2461(c), all proceeds obtained directly or indirectly from the offenses in violation of Title 18, United States Code, Section 2113(b), any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of Title 18, United States Code, Section 2113(b). The property includes, but is not limited to, a Forfeiture Money Judgment in the amount of $11,570.00, more or less.

    C.    If any of the property described above, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
Foreperson

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Robert K. Nichols, III
Assistant United States Attorney

_____
R. Randolph Neeley
Assistant United States Attorney